IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DWIGHT PIPES, individually and as
administrator of the estate of DIANE PIPES,
and on behalf of all others similarly situated                    PLAINTIFF

v.            CASE NO.: 1:07-CV-00035-SWW

LIFE INVESTORS INSURANCE COMPANY
OF AMERICA                                                        DEFENDANT

### APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*

Comes now an attorney of record for plaintiff, Casey Castleberry, of the law firm of Murphy, Thompson, Arnold, Skinner & Castleberry, who hereby moves this Court for admission of the following named attorneys to appear as an additional attorneys of record for and on behalf of plaintiff, *pro hac vice*, and shows as follows:

1. As indicated by the affidavit attached hereto as Exhibit "1", Philip Bohrer is a resident of the state of Louisiana. Mr. Bohrer is a graduate of Louisiana State University Law School. He is a member in good standing of the bar of the states of Louisiana and Texas and he is permitted to practice before all the courts of the state of Louisiana and Texas. Mr. Bohrer is also a member in good standing of the bar of the following federal courts: United States Supreme Court, United States Court of Appeal for the Fifth Circuit, United States District Court for the Eastern District of Louisiana, United States District Court for the Middle District of Louisiana, United States District Court for the Western District of Louisiana.

Mr. Bohrer is the owner of Bohrer Law Firm. His office is located at 8712 Jefferson Highway, Suite B, Baton Rouge, Louisiana 70809 at which the telephone number is (225) 925-5297 and his e-mail address is phil@bohrerlaw.com.

2. As indicated by the affidavit attached hereto as Exhibit "2", Scott E. Brady is a resident of the state of Louisiana. Mr. Brady is a graduate of Southern Law School. He is a member in good standing of the bar of the state of Louisiana and is permitted to practice before all the courts of the state of Louisiana. Mr. Brady is also a member in good standing of the bar of the following federal courts: United States Supreme Court, United States Court of Appeal for the Fifth Circuit, United States District Court for the Eastern District of Louisiana, United States District Court for the Middle District of Louisiana, United States District Court for the Western District of Louisiana. Mr. Brady is a member of the Bohrer Law Firm. His office is located at 8712 Jefferson Highway, Suite B, Baton Rouge, Louisiana 70809 at which the telephone number is (225) 925-5297 and his e-mail address is scott@bradylawfirmllc.com.

3. Mr. Bohrer and Mr. Brady both have affirmed to abide by the Local Rules of this Court and have submitted to the jurisdiction of this Court in matters of discipline.

4. Undersigned counsel is a member of the bar of this Court and maintains an office for the practice of law in Arkansas.

WHEREFORE, plaintiff and his attorney, Casey Castleberry, move this Court for an Order permitting Philip Bohrer and Scott E. Brady to appear before the Court *pro hac vice* as co-counsel associated with the firm of Murphy, Thompson, Arnold, Skinner & Castleberry for the purpose of representing the plaintiff in the above-styled matter.

/s/ Casey Castleberry
Casey Castleberry
MURPHY, THOMPSON, ARNOLD,
 SKINNER & CASTLEBERRY
P.O. Box 2595
Batesville, AR   72503-2595

Attorneys for Plaintiff

### Certificate of Service

I hereby certify that on this 7th day of September, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

John K. Baker
Mitchell, Williams, Selig, Gates & Woodyard
425 W. Capitol Avenue, Suite 1800
Little Rock, AR   72201

Markham R. Leventhal
Jorden Burt, LLP
777 Brickell Avenue, Suite 500
Miami, FL   33131

/s/ Casey Castleberry

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DWIGHT PIPES, individually and as
administrator of the estate of DIANE PIPES,
and on behalf of all others similarly situated                    PLAINTIFF

v.               CASE NO.: 1:07-CV-00035-SWW

LIFE INVESTORS INSURANCE COMPANY
OF AMERICA                                                        DEFENDANT

## AFFIDAVIT OF PHILIP BOHRER

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

I, Philip Bohrer, being duly sworn, depose and state as follows:

1. I am a resident of the state of Louisiana.

2. I am a graduate of Louisiana State University Law School.

3. I am a member of good standing of the bar of the states of Louisiana and Texas and am permitted to practice before all the courts of the state of Louisiana. I am also a member in good standing of the bars of the following federal courts: United States Supreme Court, United States Court of Appeal for the Fifth Circuit, United States District Court for the Eastern District of Louisiana, United States District Court for the Middle District of Louisiana, United States District Court for the Western District of Louisiana.

4. I am the owner of Bohrer Law Firm. My office is located at 8712 Jefferson Highway, Suite B, Baton Rouge, Louisiana 70809 at which my telephone number is (225) 925-5297 and my e-mail address is phil@bohrerlaw.com.



EXHIBIT 1

5.  I affirm to abide by the Local Rules of this Court and I hereby submit to the jurisdiction of this Court in matters of discipline.

_____
Philip Bohrer

SUBSCRIBED AND SWORN TO before me this 24th day of August, 2007.

_____
Greta Bordelon
Notary Public
Greta Bordelon
ID #54469

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DWIGHT PIPES, individually and as
administrator of the estate of DIANE PIPES,
and on behalf of all others similarly situated                PLAINTIFF

v.            CASE NO.: 1:07-CV-00035-SWW

LIFE INVESTORS INSURANCE COMPANY
OF AMERICA                                                    DEFENDANT

### AFFIDAVIT OF SCOTT E. BRADY

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

I, Scott E. Brady, being duly sworn, depose and state as follows:

1. I am a resident of the state of Louisiana.

2. I am a graduate of Southern University Law School.

3. I am a member of good standing of the bar of the state of Louisiana and am permitted to practice before all the courts of the state of Louisiana. I am also a member in good standing of the bars of the following federal courts: United States Supreme Court, United States Court of Appeal for the Fifth Circuit, United States District Court for the Eastern District of Louisiana, United States District Court for the Middle District of Louisiana, United States District Court for the Western District of Louisiana.

4. I am a member of Bohrer Law Firm. My office is located at 8712 Jefferson Highway, Suite B, Baton Rouge, Louisiana 70809 at which my telephone number is (225) 925-5297 and my e-mail address is scott@bradylawfirmllc.com.



EXHIBIT 2

5.  I affirm to abide by the Local Rules of this Court and I hereby submit to the jurisdiction of this Court in matters of discipline.

_____
Scott E. Brady

SUBSCRIBED AND SWORN TO before me this 24th day of August, 2007.

_____Greta Bordelon_____
Notary Public
Greta Bordelon
ID # 54469