**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| DWIGHT PIPES, individually and as administrator of the estate of DIANE PIPES, and on behalf of all others similarly situated | * * * * * * | |
| Plaintiff | * * | NO: 1:07CV00035   SWW |
| VS. | * * | |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA | * * * | |
| Defendants | * * | |

**ORDER**

Before the Court is Plaintiff's motion requesting leave of court for out-of-state attorneys to appear *pro hac vice* in this case. Plaintiff asks the Court to permit Philip Bohrer and Scott E. Brady, attorneys from Louisiana, to appear as additional counsel for Plaintiff. The motion (docket entry #10) is GRANTED. Attorneys Bohrer and Brady are hereby admitted to the bar of this Court for the purpose of appearing in this case as additional counsel for Plaintiff.

IT IS SO ORDERED THIS 13TH DAY OF SEPTEMBER, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE