IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| DWIGHT PIPES, individually and as administrator of the estate of DIANE PIPES, and EARL LEE PURIFOY, and on behalf of all others similarly situated <br><br> Plaintiffs <br><br> VS. <br><br> LIFE INVESTORS INSURANCE COMPANY OF AMERICA <br><br> Defendants | * * * * * * * * * * * * * * | NO: 1:07CV00035 SWW |

**ORDER**

Jason Patrick Kairalla, an attorney from Florida, seeks to appear before the Court, *pro hac vice*, as additional counsel for Defendant. The application to appear *pro hac vice* (docket entry #105) is GRANTED. Jason Patrick Kairalla is hereby admitted to the bar of this Court for the purpose of appearing in this case as additional counsel for Defendant.

IT IS SO ORDERED THIS 25ᵀᴴ DAY OF SEPTEMBER, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE