**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
NORTHERN   DIVISION

| | | |
|---|---|---|
| DWIGHT PIPES, individually and as administrator of the estate of DIANE PIPES, and EARL LEE PURIFOY, and on behalf of all others similarly situated | * * * * * * | |
| Plaintiffs | * | NO: 1:07CV00035   SWW |
| | * | |
| VS. | * * | |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA | * * * | |
| Defendants | * | |

## ORDER

    Before the Court is Defendant's motion for a joint case management conference and coordinated discovery in related actions (docket entry #95), Plaintiffs' response in opposition (docket entry #99), and Defendant's reply (docket entry #109).

    Defendant moves for a joint case management conference for the purpose of coordinating discovery and pretrial scheduling in this case and the following cases pending in the United States District Courts for the Eastern and Western Districts of Arkansas: 1) *Edison Runyan v. Transamerica Life Insurance Company*, Case No.: 6:08-CV-06034 (W.D. Ark.) (Hon. Jimm Larry Hendren); 2) *Vicki Mitchell v. Life Investors Insurance Company of America*, Case No.: 4:07-CV-04084 (W.D. Ark.) (Hon. Harry Barnes); 3)  *Denise J. Adams v. Equity National Life Insurance Company; Life Investors Insurance Company of America*, Case No.: 2:07-CV-00154 (E.D. Ark.) (Hon. Brian Miller).

Defendant filed similar motions for coordinated discovery in each of the foregoing cases, and on September 22, 2008, Judge Miller denied the motion filed in *Denise J. Adams v. Equity National Life Insurance Company; Life Investors*, Case No.: 2:07-CV-00154 (E.D. Ark.).  The Court agrees with Judge Miller's finding that a joint case management conference and coordinated discovery are unwarranted.  Accordingly, the motion (docket entry #95) is DENIED.

IT IS SO ORDERED THIS 25TH DAY OF SEPTEMBER, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE