IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| DWIGHT PIPES, individually and as administrator of the estate of DIANE PIPES, and EARL LEE PURIFOY, and on behalf of all others similarly situated | * * * * * * | NO: 1:07CV00035 SWW |
| Plaintiffs | * * |  |
| VS. | * * |  |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA | * * * |  |
| Defendant |  |  |

## **ORDER**

By joint stipulation of dismissal filed by the parties on November 2, 2011 (docket entry #159) this action is hereby DISMISSED WITH PREJUDICE, with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED THIS 4th DAY OF NOVEMBER, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE